IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> AMERICANA ART CHINA CO., INC., and FOXFIRE PRINTING AND PACKAGING, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> C.A. No. 11-cv-1172 (GMS-SRF) |

ORDER ADOPTING MAGISTRATE JUDGE'S
RECOMMENDATION ABSENT TIMELY OBJECTION

This Order is issued upon consideration of the Report and Recommendation of United States Magistrate Judge Sherry Fallon issued on February 25, 2013, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received.

Accordingly, this 21st day of March, 2013, by the United States District Court for the District of Delaware, it is ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 23) is ADOPTED;

2. The Motion to Dismiss for lack of personal jurisdiction filed by defendant Americana Art China Co., Inc. and the defendants' joint Motion to Dismiss based on the doctrine of abstention (D.I. 8) are DENIED without prejudice to renew.[1]

_____
CHIEF, UNITED STATES DISTRICT JUDGE

---

[1] As Magistrate Judge Fallon's Report and Recommendation makes clear, the defendants may renew their motions "in the event matters pending in the Northern District of Illinois do not result in a resolution of the claims asserted in the present litigation." (D.I. 23 at 1.)